## EVANS v. BAILEY.

### No. 8727; March 30, 1885.

#### 6 Pac. 424.

**Superior Court—Jurisdiction in Actions Against Stockholders.—** A superior court has no jurisdiction of an action to recover from each of several stockholders of a corporation his proportion of a debt contracted by the corporation, where the amount sued for is less than three hundred dollars, though the aggregate amount sought to be recovered from the several stockholders be more than three hundred dollars.

APPEAL from the Superior Court of the City and County of San Francisco.

Action to recover from the appellant, and from several other stockholders of the California Fruit and Meat Shipping Company, the price of certain cattle delivered to such corporation, and for a several judgment against each of his proportion of the price of such cattle. The amount alleged to be due by appellants was less than three hundred dollars in each case, but the aggregate amount sought to be recovered exceeded that sum.

Estee & Boalt for appellants; A. B. Hunt, G. A. Heinlin and N. Sodenberg for respondent.

By the COURT.—As the plaintiff in his complaint fixes the liability of each of the appellants at less than three hundred dollars, it follows that the superior court did not have jurisdiction of the action: Derby v. Stevens, 64 Cal. 287, 30 Pac. 820.

Judgment reversed, with directions to the court below to dismiss the action as to appellants.